■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAGDISH RAMPERSAD, Appellant. [973 NYS2d 578]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Aloise, J.), rendered November 15, 2012, convicting him of criminal possession of a weapon in the second degree and unlawful possession of pistol ammunition, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenges to certain remarks the prosecutor made in summation are unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, the defendant's challenges are without merit as the remarks constituted fair comment (*see People v Withfield*, 106 AD3d 760, 761 [2013], *lv denied* 21 NY3d 1021 [2013]).

By specifically declining the trial court's invitation to charge a lesser-included offense, the defendant waived his current claim that it was error not to charge criminal possession of a weapon in the fourth degree as a lesser-included offense of criminal possession of a weapon in the second degree (*see* CPL 300.50; *People v Goodwine*, 46 AD3d 702, 703 [2007]; *People v Brown*, 262 AD2d 569, 570 [1999]).

The defendant was not deprived of his right to the effective assistance of counsel under either the Federal or State Constitution (*see Strickland v Washington*, 466 US 668 [1984]; *People v Baldi*, 54 NY2d 137, 147 [1981]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Mastro, J.P., Angiolillo, Leventhal and Chambers, JJ., concur.